1  **LAPLANTE, SPINELLI & DONALD**
   *A PROFESSIONAL CORPORATION*
2  *815 S Street, Second floor*
   *Sacramento, California 95814*
3  *TELEPHONE (916) 448-7888 - FAX (916) 448-6888*

4  *John M. Laplante (SBN 088941)*
   **Attorney For DEFENDANT**
5  DAVID MARTIN

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  TUYEN NGUYEN,                          Case No.: S-04-0655 LKK KJM

12              Plaintiff,                 **ORDER** GRANTING MOTION TO
                                           WITHDRAW AS ATTORNEY FOR
13         vs.                             DEFENDANT DAVID MARTIN

14  DAVID MARTIN, and DOES 1 through 20,
    inclusive.                            Date:   March 28, 2005
15                                         Time:  10:00 a.m.
                Defendants.                Courtroom: 4
16  _____  /

17

18  TO DAVID MARTIN AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

19        The motion filed by Laplante, Spinelli & Donald to withdraw as attorney for defendant

20  David Martin came on for hearing on March 28, 2005 in the above-entitled court on the law and

21  motion calendar, the Honorable Lawrence K. Karlton, presiding. John Laplante appeared on behalf

22  of Laplante, Spinelli & Donald. No appearance was made by or on behalf of David Martin.

23        Having reviewed the papers and pleadings on file and counsel having presented oral

24  argument and good cause appearing therefor;

25  ///

26  ///

27  ///

28

                                          1

1    IT IS HEREBY ORDERED that the motion of Laplante, Spinelli & Donald to withdraw

2  as attorney for defendant David Martin is GRANTED.

3    The Clerk is directed to SUBSTITUTE David Martin, in pro se, in the place of John

4  LaPlante at the following address:

5  **David Martin**

6  250 The East Mall
   Suite 1241

7  M9B 6L3
   Toronto, Ontario

8  Canada

9

10    Counsel is directed to ensure that, if he has not already, David Martin be provided with

11  his entire file within ten (10) days.

      A Status Conference is now SET for May 31, 2005 at 2:00 p.m. in Courtroom No. 4.

12  All appearances shall be in person.

13

14  DATED: April 25, 2005.

15                                /s/Lawrence K. Karlton

                                  LAWRENCE K. KARLTON

16                                SENIOR JUDGE

17                                UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28