```
HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Michael R. Williams (CA Bar Assn. No. 186079)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Fax No: (916) 925-1127

Attorneys for SUSAN K. SMITH,
Chapter 7 Trustee of the Estate of
DAVID MARTIN, Defendant herein
```



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| TUYEN NGUYEN,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID MARTIN,<br><br>    Defendants. | No. CIV S-04-0655 LKK KJM PS<br><br>NO HEARING SET |

### STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITION OF BLOCKED FUNDS AND OF PENDING ACTION

This Stipulation is entered into by and between Susan K. Smith, the duly appointed Chapter 7 Bankruptcy Trustee (the "Trustee") in the DAVID JOHN LYLE MARTIN bankruptcy case, number 05-24727-B-7, filed April 21, 2005, presently pending in the bankruptcy court for this district, Sacramento Division, (the "Martin Bankruptcy Case") and Tuyen Nguyen, the Plaintiff herein (the "Plaintiff"), as follows:

1. By virtue of her appointment and present status as Chapter 7 Trustee in the Martin Bankruptcy Case, the Trustee is the sole party authorized to act on behalf of Defendant Martin in this action at this time.

1

Nguyen vs. Martin
Case No. CIV S-04-0655 LKK KJM PS                                K:\Smith, Susan\David Martin (6635-0003)\pldg stp order disp blkd funds.wpd


Case 2:04-cv-00655-LKK-KJM   Document 53   Filed 04/18/2006   Page 2 of 5

2.   Plaintiff represents herself in this action Pro Se.

3.   Since the commencement of the Martin Bankruptcy Case, Plaintiff and the Trustee have engaged in numerous communications regarding this action. Plaintiff and the Trustee have determined that it is in neither of their best interests to pursue this action due to the time, expense, delay and uncertainty associated therewith.

4.   Plaintiff has determined to pursue her claims against Defendant Martin in the form of a Proof of Claim filed in the Martin Bankruptcy Case. The Trustee has determined that resolution of Plaintiff's claims against Defendant Martin will best be resolved in the Martin Bankruptcy Case.

5.   Since on our about June 29, 2004, a portion of the net sale proceeds from the sale of certain residential real property located at 3520 Norris Avenue, Sacramento, California, has been blocked (the "Blocked Funds") pursuant to an order of this court dated June 28, 2004 (the "Order"). A true and correct copy of the Order is attached hereto as Exhibit "A" and incorporated herein for all purposes.

6.   The Blocked Funds remain in the possession of Fidelity National Title Company in Escrow No. 623629-JS pursuant to the Order. As of April 7, 2006, Plaintiff and the Trustee believe the Blocked Funds total $92,100.00.

7.   Plaintiff and the Trustee agree that the Blocked Funds are property of the Martin Bankruptcy estate pursuant to 11 U.S.C. Section 541. Plaintiff and the Trustee further agree that the Blocked Funds should be paid over and delivered to the Trustee for the benefit of the Martin Bankruptcy estate and its Creditors, including Plaintiff.

8.   Plaintiff and the Trustee wish to resolve all aspects of this action and to facilitate the Trustee's prompt administration of

Nguyen vs. Martin
Case No. CIV S-04-0655 LKK KJM PS

K:\Smith, Susan\David Martin (6635 0003)\pldg stip order disp blkd funds.wpd

Martin Bankruptcy Case.

**WHEREFORE**, the Plaintiff and the Trustee hereby stipulate to the following proposed order:

Dated: 4-17-06

TUYEN NGUYEN

Dated: April 18, 2006

SUSAN K. SMITH, Chapter 7 Trustee

### ORDER

Based upon the foregoing Stipulation between Plaintiff and the Trustee, and good cause appearing therefore:

**IT IS ORDERED THAT** Fidelity National Title Company shall deliver and pay over to the Trustee, Susan K. Smith, 7485 Rush River Dr., Suite 710-218, Sacramento, CA 95831-3570, all funds presently held in Escrow No. 623629-JS, consisting of not less than $92,100.00 dollars in net sale proceeds held by Fidelity National Title Company pursuant to this court's Order of June 28, 2004, together with any interest accrued thereon;

**IT IS FURTHER ORDERED THAT** this action shall be dismissed by the court, with prejudice, on or after July 1, 2006, unless prior to that time, the Plaintiff or the Trustee file with this Court a notice setting forth the reasons why the case should not be dismissed. The court will be willing to extend the deadline for the dismissal of this action should the funds not be delivered timely, or should other complications arise in the resolution of this action.

Dated: 4/26/06

Judge, United States District Court

3

Received at: 4:03PM, 6/28/2004

**FILED**

JUN 2 8 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

1  Robert M. Merritt, CSBN 139983
   LAW OFFICES OF ROBERT M. MERRITT
2  555 University Avenue, Suite 137
   Sacramento, CA 95825
3  (916) 925-2200

4  Attorneys for Plaintiff Tuyen Nguyen

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 TUYEN NGUYEN,                    Case No. S-04-0655 LKK KJM

11        Plaintiff,                ORDER ON DEFENDANT
                                    DAVID MARTIN'S MOTION TO
12    v.                            EXPUNGE NOTICE OF
                                    PENDENCY OF ACTION
13 DAVID MARTIN, and DOES 1 through 20,
   inclusive,
14
          Defendants.
15

16     Defendant David Martin's Motion to Expunge Notice of Pendency of Action came on for

17 hearing on June 25, 2004, at 1:30 p.m. in Courtroom 4 of the above-entitled court before the

18 Honorable Lawrence K. Karlton. Plaintiff Tuyen Nguyen appeared by and through her attorney

19 Robert M. Merritt. Defendant David Martin appeared by and through his attorney John Laplante.

20     The parties entered into an agreement relating to defendant David Martin's motion as

21 follows.

22     IT IS THEREFORE AGREED AND ORDERED THAT plaintiff Tuyen Nguyen shall

23 cause to be recorded a Withdrawal of the Notice of Pendency of Action at the Sacramento County

24 Recorder's Office for the real property located at 3520 Norris Avenue, Sacramento, Sacramento

25 County, California, no later than June 28, 2004. It is further agreed that $90,000.00 from the

26 proceeds from the sale of the real property located at 3520 Norris Avenue, Sacramento,

27 Sacramento County, California, will be held in escrow and put into an interest-bearing account

**EXHIBIT A**

Received at: 3:59PM, 6/28/2004

Jun 28 04 04:03p    Robert M Merritt         916-925-2239           p.2
06/28/2004 08:21 FAX 9164488888    Laplante & Spinelli              ⌀003
Jun 28 04 04:20p    Robert M Merritt         916-925-2239           p.3

1  executed by plaintiff and defendant. The remaining portion of the sale proceeds exceeding
2  $90,000.00 from the sale of the real property located at 3520 Norris Avenue, Sacramento,
3  Sacramento County, California, will be released by Fidelity National Title Company to defendant
4  David Martin. The request for attorneys' fees is denied.
5  IT IS SO ORDERED:
6
7  Dated: 6/28/04
8                                          Honorable Lawrence K. Karlton
                                           Judge of the United States District Court
9                                          Eastern District of California
10  Approved as to Form and Content:       LAPLANTE & SPINELLI
11
12  Dated: June 28, 2004
                                           John Laplante
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order on Defendant David Martin's Motion to